UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

LUIS ALFONSO AGUILAR MIRANDA,
A-219-170-502,

          Petitioner,

   v.

WARDEN,

          Respondent.

No.  2:26-cv-1077-DAD-CKD P

ORDER

Petitioner is detained by Immigrations and Customs Enforcement and is currently proceeding without counsel. Petitioner filed an application for writ of habeas corpus pursuant to 28 U.S.C. § 2241. The court would consider appointing counsel for petitioner based on the complexity of the legal issues involved if petitioner is indigent. See 18 U.S.C. § 3006A(a)(2)(B); Weygandt v. Look, 718 F.2d 952, 954 (9th Cir. 1983). In addition, petitioner must either be granted leave to proceed in forma pauperis or pay the $5 filing fee in order to proceed. See 28 U.S.C. §§ 1914(a); 1915(a). Accordingly, petitioner will be provided an opportunity to submit the appropriate affidavit in support of a request to proceed in forma pauperis or the filing fee.

In accordance with the above, IT IS ORDERED that:

1. The Clerk of the Court is directed to send petitioner a copy of the in forma pauperis form used by this district.

////

1

2. Petitioner shall submit an affidavit in support of a request to proceed in forma pauperis or pay the filing fee within 30 days and shall promptly inform the court if petitioner does not want to be appointed counsel.

Dated: March 25, 2026

CAROLYN K. DELANEY
UNITED STATES MAGISTRATE JUDGE

8 mira1077.2241imm.ifp

2